IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ELIZABETH BLEVINS**                                                           **PLAINTIFF**

v.                **CASE NO. 5:12CV00053 BSM-JTK**

**MICHAEL J. ASTRUE,**
**Commissioner, Social Security Administration**                  **DEFENDANT**

## ORDER

Plaintiff Elizabeth Blevins moves to voluntarily dismiss her complaint pursuant to Federal Rule of Civil Procedure 41(a)(2). [Doc. No. 12]. For good cause shown, Blevins's complaint is hereby dismissed without prejudice, and the clerk's office is directed to close this case.

IT IS SO ORDERED this 26th day of June 2012.

_____
UNITED STATES DISTRICT JUDGE